IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Eddie Hailey, | ) | Case No. 6:25-cv-03384-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| Deputy Jesse Miller and Sheriff Hobart Lewis, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This matter is before the Court upon Plaintiff's Motion to Remand. ECF No. 15. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings and a Report and Recommendation ("Report"). On June 6, 2025, the Magistrate Judge issued a Report recommending that the Motion be denied. ECF No. 19. The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. Neither party filed objections and the time to do so has lapsed.

    The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or

modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

Upon review of the record, the applicable law, and the Report for clear error, the Court agrees with the recommendation of the Magistrate Judge. Plaintiff's Motion to Remand [15] is **DENIED**.

IT IS SO ORDERED.

July 30, 2025  
Spartanburg, South Carolina

s/ Donald C. Coggins, Jr.  
United States District Judge